RECEIVED
IN MONROE, LA
JAN 03 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BETTY ROBINSON, ET AL. | CIVIL ACTION NO. 06-0005 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHEETAH TRANSPORTATION, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

On November 14, 2006, Magistrate Judge Karen L. Hayes issued a Memorandum Ruling on Second Motion to Remand [Doc. No. 91], which denied Plaintiffs' Motion to Remand [Doc. No. 62].

Pending before the Court is Plaintiffs' appeal of Magistrate Judge Hayes' Ruling [Doc. No. 92].

The Fifth Circuit has not addressed what standard of review should be applied to a district court's review of a magistrate judge's ruling on a motion to remand. However, district courts in this circuit have generally found that a motion to remand is a non-dispositive pretrial matter and have applied the clearly erroneous/contrary to law standard of review pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a). *See, e.g., Lonkowski v. R.J. Reynolds Tobacco Co.*, No. Civ. A. 96-1192, 1996 WL 888182, at *2-4 (W.D. La. Dec. 10, 1996); *Vaquillas Ranch Co., Ltd. v. Texaco Exploration and Prod., Inc.*, 844 F. Supp. 1156, 1162 (S.D. Tex. 1994); *Bethay v. Ford Motor Co.*, No. Civ. A. 99-0367, 1999 WL 496488, at *1 (E.D. La. July 13, 1999). This Court has similarly adhered to the view that motions to remand are non-dispositive pretrial matters.

Having conducted a review of the entire record, the Court finds that, under the facts and

circumstances of this case, Magistrate Judge Hayes' Ruling was not clearly erroneous nor contrary to law. Plaintiffs' appeal is DENIED, and Magistrate Judge Hayes' Ruling is AFFIRMED.

MONROE, LOUISIANA, this 3 day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE