RECEIVED
IN MONROE, LA

MAR 1 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **BETTY ROBINSON, ET AL.** | **CIVIL ACTION NO. 06-0005** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHEETAH TRANSPORTATION, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### MEMORANDUM RULING

On February 28, 2007, the Court granted Defendants' Motions to Dismiss, and dismissed Plaintiffs' claims against those Defendants, with prejudice, for failure to state a claim upon which relief may be granted [Doc. No. 122]. The Court also ordered Plaintiffs to show cause why their claims against Bengal Logistics Services, LLC, the only Defendant who did not move for dismissal, should not also be dismissed.

On March 8, 2007, Plaintiffs responded [Doc. No. 123].

Having reviewed Plaintiffs' response, and for the reasons set forth in this Court's prior Memorandum Ruling [Doc. No. 121], Plaintiffs' claims against Bengal Logistics Services, LLC, are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

MONROE, LOUISIANA, this 12 day of March, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE